UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
THE AUTOMOBILE INSURANCE COMPANY OF  :
HARTFORD, CONNECTICUT,               :
                                     :
                  Plaintiff,     :      23-CV-6501 (JMF)
                                     :
      -v-                          :
                                     :      ORDER
DAVID SCHLACHET,                     :
                                     :
                  Defendant. :
                                     :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 27, 2023, Plaintiff filed a Complaint in which it invoked the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.  *See* ECF No. 1, ¶ 10.  But Plaintiff merely alleges Defendant's state of residence, not his state of citizenship.  *Id.* ¶ 7.  This is not enough.  *See, e.g.*, *Davis v. Cannick*, No. 14-CV-7571 (SJF) (SIL), 2015 WL 1954491, at *2 (E.D.N.Y. Apr. 29, 2015) ("[A] conclusory allegation in the Complaint regarding diversity of citizenship does not extinguish the Court's responsibility to determine, on its own review of the pleadings, whether subject matter jurisdiction exists." (internal quotation marks omitted)); *Leveraged Leasing Admin. Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44, 47 (2d Cir. 1996) (reaffirming that "a statement of the parties' residence is insufficient to establish their citizenship"); *see also, e.g.*, *Linardos v. Fortuna*, 157 F.3d 945, 948 (2d Cir. 1998) ("For purposes of diversity jurisdiction, a party's citizenship depends on his domicile."); *Canedy v. Liberty Mut. Ins. Co.*, 126 F.3d 100, 103 (2d Cir. 1997) ("[A]llegations of residency alone cannot establish citizenship . . . .").

      Accordingly, no later than **August 7, 2023**, Plaintiff shall file an amended complaint properly alleging the *citizenship* of each party to this action.  If, by that date, Plaintiff does not file an amended complaint establishing this Court's subject-matter jurisdiction, the Court will dismiss the case without prejudice and without further notice to any party.

      SO ORDERED.

Dated: July 31, 2023
       New York, New York
                                                JESSE M. FURMAN
                                              United States District Judge