UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE AUTOMOBILE INSURANCE COMPANY OF
HARTFORD, CONNECTICUT

      Plaintiff,

 -against-

DAVID SCHLACHET

      Defendant.
-------------------------------------------------------------------X

Civil Action No. 1:23-cv-06501-JMF

~~PROPOSED~~ **DEFAULT JUDGMENT AS TO DAVID SCHLACHET**

  This action having been commenced on July 27, 2023, by the filing of the Summons and Complaint, and the filing of an Amended Complaint on August 1, 2023 and a copy of the Summons and Amended Complaint having been served on Defendant David Schlachet ("Schlachet"), an individual residing in New York State, by personally serving a person of suitable age and discretion, John Doe, Doorman, at 231 Tenth Avenue Apartment 9B, New York, NY 10011 and additionally via first class mail service on September 22, 2023, and proof of that service having been filed on September 27, 2023 (Dkt. No. #9); and Defendant Schlachet not having answered the Amended Complaint, and his time for answering the Amended Complaint having expired, it is

  ORDERED, ADJUDGED, AND DECREED: that default judgment is granted against Defendant Schlachet:

  a. Declaring that there is no coverage for Schlachet for the Underlying Action (as defined in the accompanying Declaration for Judgment by Default) under the Travelers Policy;

  b. Declaring that Travelers owes no duty to defend Schlachet in connection with the Underlying Action;

  c. Declaring that Travelers owes no duty to indemnify Schlachet in connection with the Underlying Action;

1

d.  Declaring that Travelers may withdraw from its current defense of Schlachet in the Underlying Action;

e.  Declaring that Travelers is not liable to pay or satisfy any claims, judgments or awards against Schlachet in the Underlying Action, and

f.  Award such other and further relief to Travelers as the Court deems just and proper under the circumstances.

The Clerk of Court is directed to terminate ECF No. 19 and close the case.

Dated: November 21, 2023

_____
Hon. Jesse M. Furman U.S.D.J.